1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN ZAPATA dba ZAPATA
     COLLECTION, SERVICE,
11   an Individual,

12             Plaintiff,                    No. 2:09-cv-03555 GEB KJN PS

13        v.

14   FLINTCO, INC., an Oklahoma
     corporation, SAN JOAQUIN
15   COMMUNITY COLLEGE DISTRICT,
     a Political Subdivision and JOHN DOE
16   1-25, inclusive,                        ORDER

17             Defendants.

18   _____/

19             Presently before the court is plaintiff's request for permission to (1) file and serve

20   documents in this matter via e-mail and in portable document format, or PDF; and (2) appear

21   telephonically at hearings on motions in this case because he resides in Lincoln, Nebraska.  (Dkt.

22   No. 18.)  Plaintiff is proceeding without counsel.

23             First, plaintiff requests that he be permitted to file and serve documents as PDF

24   files via e-mail.  The undersigned will deny plaintiff's request to file and serve documents in this

25   manner, and plaintiff "shall file and serve paper documents as required by applicable Federal

26   Rules of Civil or Criminal Procedure or by [the court's Local] Rules."  Local Rule 133(b)(2).

Plaintiff acknowledges that as a pro se party, he may not use the court's electronic filing system without permission.  Id. ("Any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge . . . .").  However, plaintiff may file a request for permission to use the court's Case Management / Electronic Case Files ("CM/ECF") system to effectuate electronic filing and service.  See Local Rule 133(b)(2), (3).  If plaintiff files such a request, the request for an exception to Local Rule 133(b)(2) shall conform to the requirements of Local Rule 133(b)(3), such that it either be in the form of a stipulation or, if a stipulation cannot be had, a written motion providing specific reasons in support of the exception.  Any such request for an exception must also contain assurances that plaintiff will be able to follow the court's Local Rules regarding use of the CM/ECF system.  In addition, any order granting permission to use the CM/ECF system will be subject to revocation.

Second, plaintiff requests that he be permitted to appear telephonically on all hearings in this matter.[1]  The undersigned will deny plaintiff's request for a blanket order permitting telephonic appearances.  However, plaintiff will be permitted to seek leave to appear via telephone on a hearing-by-hearing basis, and will be required to file and serve a written request with the reasons supporting the request and a proposed order.

For the reasons stated above, the court hereby ORDERS that:

1.  Plaintiff's request to file and serve documents via e-mail with attached PDF files is denied, but plaintiff will be permitted to file a request for permission to use the court's CM/ECF system, as described above.

////

////

////

---

[1]  At the time plaintiff filed his request to appear telephonically, plaintiff had filed a motion to compel and noticed a hearing date.  The court denied plaintiff's motion as defectively noticed.  (Dkt. No. 22.)  Accordingly, there are no hearings presently set in this matter.

1    2.  Plaintiff's request to appear telephonically on all motion hearings is denied,

2    but plaintiff may formally seek permission to appear telephonically on a hearing-by-hearing basis

3    and provide a proposed order with each such request, as described above.

4            IT IS SO ORDERED.

5    DATED:  April 5, 2010

6

7

8    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26