IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZAPATA dba ZAPATA COLLECTION, SERVICE, an Individual, | |
| Plaintiff, | No. 2:09-cv-03555 GEB KJN PS |
| v. | |
| FLINTCO, INC., an Oklahoma corporation, SAN JOAQUIN COMMUNITY COLLEGE DISTRICT, a Political Subdivision and JOHN DOE 1-25, inclusive, | |
| Defendants. | ORDER |
| _____/ | |

   Although this case is technically closed (see Judgment, Dkt. No. 57), a post-judgment motion for sanctions is set to be heard by the undersigned on November 17, 2011.[1] (See Defs.' Mot. for Sanctions, Dkt. No. 59; Minute Order, Sept. 22, 2011, Dkt. No. 60.) Presently before the court is plaintiff's filing entitled "Request for Judge Newman To Be Recuse [*sic*] From this Case" (Dkt. No. 62), which is not noticed before or directed to a particular judge. In short, plaintiff once again alleges that the undersigned is biased against him.

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  To the extent that plaintiff's request is directed to the undersigned such that plaintiff requests that the undersigned disqualify himself, the undersigned already addressed plaintiff's allegations of bias in previously entered findings and recommendations.  (See Findings & Recommendations, Aug. 12, 2011, at 25-28, Dkt. No. 54, adopted by Order, Sept. 7, 2011, Dkt. No. 56, reconsideration denied by Order, Sept. 28, 2011, Dkt. No. 61.)  For the reasons stated in those findings and recommendations, plaintiff's request is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Request for Judge Newman To Be Recuse [*sic*] From this Case" (Dkt. No. 62) is denied.

IT IS SO ORDERED.

DATED: October 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE